IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Salwan Ali Abed Aldulaimi ) <br> ) <br> Plaintiff(s) ) <br> v. ) <br> ) <br> ) <br> ) <br> Department of Justice et al ) <br> Defendant(s) ) | CIV-20-258-SLP |

March 19, 2020

Enter Order:

In accordance with 28 U.S.C. §636, the Motion for in forma pauperis is hereby referred to Magistrate Judge Shon T. Erwin for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK

CARMELITA REEDER SHINN, CLERK

by: s/R. Beam
Deputy Court Clerk