IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALWAN ALI ABED ALDULAIMI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-20-258-SLP |
| ) | |
| DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER

The Court is in receipt of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs **(ECF No. 2)**. However, the Application is deficient. Plaintiff must identify what support he is receiving or should explain how, in the absence of any income, assets or assistance from any source, Plaintiff is subsisting Specifically, the Plaintiff is required to report to the Court his income and expenses. Plaintiff reports no employment, no income for the past twelve months and reports he has no assets. However, the Plaintiff states in his answer to question #3 that he receives "money transfers from family overseas", but Plaintiff fails to list the amount received and what he expects to receive in the future. Plaintiff's answer to question #6 lists "credit debts", but Plaintiff fails to describe and provide the amount of the monthly expense. Plaintiff's answer to question #8 indicates he has other debts and financial obligations, but Plaintiff fails to describe the amount owed and to whom they are payable. The Application also fails to include the Plaintiff's signature. Because the Application is incomplete, Plaintiff is directed to file an amended application that more fully addresses these matters.

IT IS THEREFORE ORDERED that Plaintiff shall cure the deficiencies designated above by submitting an amended Application to Proceed in District Court Without Prepaying Fees or Costs on or before **April 10, 2020**.

**THE CLERK OF COURT IS DIRECTED TO FORWARD TO THE PLAINTIFF THE NECESSARY FORMS TO COMPLY WITH THIS ORDER.**

**IT IS SO ORDERED** on March 24, 2020.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE