# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 1 4 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

salwan ali abed aldulaimi
_____
**Plaintiff**

v.

department of justice/ state of Maryland/ bingying li shou chung an
_____
**Defendant**

CASE NO.: CIV-20-258-SLP
*(To be supplied by the Clerk)*
*(Non-Prisoner form)*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. If I am employed, my employer's name and address are:

_____
_____

My gross pay or wages are: $_____, and my take-home pay or wages are: $_____ per
*(specify pay period)* _____.

2. *Other Income.* In the past 12 months, I have received income from the following sources
*(check all that apply)*

(a) Business, profession, or other self-employment      ☐ YES   ☑ NO
(b) Rent payments, interest, or dividends               ☐ YES   ☑ NO
(c) Pension, annuity, or life insurance payments        ☐ YES   ☑ NO
(d) Disability or worker's compensation payments        ☐ YES   ☑ NO
(e) Gifts or inheritances                               ☐ YES   ☑ NO
(f) Any other sources                                   ☑ YES   ☐ NO

*If you answered "Yes" to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

money transfer from Iraq through family 1500.00 usd per month
_____
_____

SR-11-2014

Page 1 of 2

3. Amount of money that I have in cash or in a checking or savings account: $ 200.00      .

4. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name
*(describe the property and its approximate value)*

5. Any housing, transportation, utilities, loan payments, or other regular monthly expenses
*(describe the amount of the monthly expense)*

motel rent 1050.00

6. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

7. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

credit card debt bank of America 2200.00usd / American express 5000.00usd

I understand that a false statement or answer to any question in this declaration could subject me to penalties of perjury and/or may result in the dismissal of all my claims pursuant to 28 U.S.C. § 1915 (e)(2)(A).

Date: 05/14/2020

(Applicant's signature)

salwan ali abed aldulaimi

(Printed name)

2616 S I-35 sevice rd okc 73129 room 218

SR-11-2014                                                                                                                    Page 2 of 2